UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEDIN QUINN, | CASE NO. 2:25-cv-01356-JNW |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| KING COUNTY RISK MANAGEMENT, | |
| Defendant. | |

On August 25, 2025, the Court ordered Plaintiff Aedin Quinn to show cause why the Court should not dismiss his complaint after screening it under 28 U.S.C. § 1915. The Court permitted Quinn to submit an amended complaint within 21 days, but Quinn filed the same deficient complaint. Thus, he has failed to show cause. The Court has reviewed the additional filings Quinn submitted at Dkt. Nos. 9, 12–16, and 18 and finds that these filings do not address the deficiencies identified in the Court's August 25 order.

Accordingly, the Court DISMISSES this case without prejudice for Quinn's failure to show cause. All pending motions are DENIED AS MOOT. The Clerk of the Court is directed to CLOSE this case.

ORDER DISMISSING CASE - 1

1    Dated this 12th day of September, 2025.

Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE - 2