UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEDIN QUINN, | CASE NO. 2:25-cv-01356-JNW |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY RISK MANAGEMENT, | |
| Defendant. | |

On October 28, 2025, the Court ordered Plaintiff Aedin Quinn to show cause why the Court should not find him to be a vexatious litigant. Dkt. No. 49. Quinn responded to the order two days later. Dkt. No. 50. The response states that Quinn will stop filing motions in this closed case and that no further filing restrictions are necessary. *Id.* at 2. At the same time, the response requests the same relief as his previous baseless motions that necessitated the Court's show-cause order. *Id.* at 3. The requested relief is DENIED.

If Quinn files another baseless motion, the Court will immediately impose filing restrictions.

ORDER - 1

Dated this 3rd day of November, 2025.

                               _____
                               Jamal N. Whitehead
                               United States District Judge